IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

---------------------------------------------------------x

| | | |
|---|---|---|
| JOHNNY BLASH, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION FILE NO. 5:17-00380-TES |
| BILLY CAPE; and DANNY BRANNEN, in his Official Capacity as Sheriff, Pulaski County, Georgia, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------x

**MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO AMEND THE COMPLAINT**

Plaintiff seeks leave to amend his complaint solely to correctly name Defendant Danny Brannen as Pulaski County Sheriff, instead of Hawkinsville-Pulaski County Sheriff. As the Court held in its Order on Defendant's Motions to Dismiss, Doc. 37, the proposed merger of Hawkinsville and Pulaski County was not approved by the voters, and therefore, the correct name of the Defendant is Danny Brannen as Pulaski County Sheriff. In all other respects this proposed Amended Complaint complies with the Court's aforesaid Order.[1] The proposed

---

[1] This proposed Amended Complaint is filed in compliance with the Court's Order on Defendant's Motion to Dismiss [Doc. 37] and the Order Granting in Part

1

Amended Complaint does not make any other changes to the Complaint.  A copy of the proposed Amended Complaint is annexed hereto as an exhibit.

ARGUMENT AND CITATION OF AUTHORITIES

F. R. Civ. P. 15(a) provides in pertinent part that, " . . . leave [to amend] shall be freely given when justice requires."  It is widely accepted that "amendments should be granted liberally", *Middle Atlantic Utilities Co. v. S.M.W. Development Corp.*, 392 F.2d 380, 384 (2d Cir. 1968), since "Rule 15(a) sets forth a policy of granting leave to amend  . . ." *Jaser v. N.Y. Property Ins. Underwriting Ass'n.*, 815 F.2d 240, 243 (2d Cir. 1987).  Leave to amend the complaint should be granted where the amendment is not futile, and the defendant cannot demonstrate any prejudice resulting from the amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

In *Dussouy v. Gulf Coast Investment Corp.,* 660 F.2d 594 (5th Cir. 1981) the Fifth Circuit Court of Appeals explained that a judge's discretion to deny leave to amend is severely circumscribed:

> "[d]iscretion" may be a misleading term, for rule 15(a) severely restricts the judge's freedom, directing that leave to amend 'shall be freely given when justice so requires.' It evinces a bias in favor of granting leave to amend.  The policy of the federal rules is to permit liberal amendment

---

Plaintiff's Motion to Amend Complaint [Doc. 55], with reservation of rights regarding any subsequent appeal of those Orders or of any subsequent motion that might be made regarding those Orders pursuant to any applicable statute, rule or case law.

2

> to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading.

660 F.2d at 597-98, *citing*, *Foman v. Davis*, 371 U.S. 178, 182 (1962), *Conley v. Gibson,* 355 U.S. 41, 48 (1957).  "[U]nless there is a substantial reason to deny leave to amend, the discretion of the district court is *not broad enough to permit denial.*" *Dussouy*, 660 F.2d at 598 (emphasis added).  The 11th Circuit has specifically noted that *Dussouy* is binding precedent in this circuit. *Bank v. Pitt*, 928 F.2d at 1112, fn 4. ("We treat *Dussouy* as binding. . .") "Ordinarily, if the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, leave to amend should be freely given."  *Hall v. United Ins. Co. of America,* 367 F.3d 1255, 1262 (11th Cir.2004); *Bank v. Pitt,* 928 F.2d 1108, 1112 (11th Cir.1991); *Warner v. Alexander Grant & Co.,* 828 F.2d 1528, 1531 (11th Cir.1987) (holding that it was error for the district court to dismiss with prejudice without granting leave to amend because "[t]he district court's order contravened the well established policy in the federal courts favoring liberal pleading requirements").

## CONCLUSION
THE MOTION TO AMEND THE COMPLAINT SHOULD BE GRANTED.

Respectfully submitted, this 3rd day of January 2019.

       s/Robert N. Marx
      Georgia Bar Number 475280
      Attorneys for Plaintiff

4

                                    Marx & Marx, L.L.C.
                                    1050 Crown Pointe Parkway
                                    Suite 500
                                    Atlanta, Georgia 30338
                                    Telephone: (404) 261-9559
                                    lawyers@marxlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

-------------------------------------------------------x

JOHNNY BLASH,                                  :

       Plaintiff,                        :

vs.                                            :   CIVIL ACTION
                                                        FILE NO. 5:17-00380-TES

BILLY CAPE; and DANNY BRANNEN,
in his Official Capacity as                    :
Sheriff, Pulaski County, Georgia,
                                                        :

       Defendants.
                                                        :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that on January 3, 2019, I electronically filed: **Plaintiff's Motion to Amend the Complaint, Memorandum of Law in Support, and Exhibit,** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

                Donald Andrew Cronin, Jr., Esq.
                103 Keys Ferry Street
                McDonough, GA 30253
                donald@oqclaw.com

      Respectfully submitted, this 3rd day of January 2019.

                                  s/Robert N. Marx
                               Georgia Bar Number 475280
                               Marx & Marx, L.L.C.
                               Attorneys for Plaintiff
                               1050 Crown Pointe Parkway

Suite 500
Atlanta, Georgia 30338
Telephone: (404) 261-9559
E-mail:  lawyers@marxlawgroup.com